UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIDGETON LANDFILL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18 CV 1800 RWS |
| ) | |
| MALLINCKRODT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER OF STAY

For good cause shown,

**IT IS HEREBY ORDERED** that the joint amended motion to stay proceedings [33] is granted, and the claims of Bridgeton Landfill, LLC as to defendants Mallinckrodt, LLC and EverZinc USA Inc. are stayed for 180 days, or until notice of resolution of the matter by mediation and/or a motion to terminate the stay from any party, whichever occurs first. The stay does not prohibit or delay discovery to proceed as to Citigroup, Inc. and its present or former subsidiaries as previously ordered. At the conclusion of the stay, if the matter has not been resolved the parties shall file a joint memorandum advising the Court on the status of the case and proposing a schedule for proceeding with the case.

**IT IS FURTHER ORDERED** that joint motion to stay proceedings [32] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of March, 2019.