# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRIDGETON LANDFILL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18-cv-01800-SRC |
| MALLINCKRODT LLC, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER OF STAY

For good cause shown,

**IT IS HEREBY ORDERED** that the joint motion to stay proceedings [39] is granted, and the claims of Bridgeton Landfill, LLC, as to defendants Mallinckrodt, LLC and EverZinc USA Inc. are stayed for 180 days, or until notice of resolution of the matter by mediation and/or a motion to terminate the stay from any party, whichever occurs first. The stay does not prohibit or delay discovery to proceed as to Citigroup, Inc. and its present or former subsidiaries as previously ordered.

Within twenty-one (21) days of November 20, 2019, the parties shall file a joint status report advising the Court on the progress of mediation, the planned next steps for mediation, the status of proceedings with the EPA, and discovery as to Citigroup and related entities. Furthermore, at the conclusion of the stay, if the matter has not been resolved, the parties shall file a joint memorandum advising the Court on the status of the case and proposing a schedule for proceeding with the case.

**IT IS FURTHER ORDERED** that any party may move for early termination of the stay entered by this Order upon a showing that they have provided at least thirty (30) days' notice to all other parties.

So Ordered this 4th day of October, 2019.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**