UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIDGETON LANDFILL, LLC, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:18-cv-01800-SRC |
| MALINCKRODT LLC, | ) |
| Defendant(s). | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that, within ten (10) days of the date of this Order, the parties shall file a supplement to their joint status report, Doc. 49, advising the Court on the status of proceedings with the EPA, as required by this Court's Order of October 4, 2019, Doc. 45.

**IT IS FURTHER ORDERED** that, on or before February 11, 2020, the parties shall file an additional joint status report advising the Court on the progress of mediation, the planned next steps for mediation, the status of proceedings with the EPA, and discovery as to Citigroup and related entities.

So Ordered this 12th day of December, 2019.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**

1