IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BRIDGETON LANDFILL, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.  4:18-cv-01800 |
| MALLINCKRODT LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO FILE JOINT STATUS REPORT IN LIEU OF PROPOSED SCHEDULING PLAN UNDER SEAL

Plaintiff Bridgeton Landfill, LLC ("Plaintiff") respectfully requests the Court grant leave to file under seal.  In support of the Motion, the Plaintiff states as follows:

1.　　The Joint Status Report filed concurrently with this motion discusses an ongoing mediation involving all parties involved in this pending litigation.

2.　　The Mediation Process Agreement incorporates a Mediation Confidentiality Agreement, which claims confidentiality over documents exchanged and matters discussed related to the mediation and any potential settlement.

3.　　As such, the Joint Status Report discusses matter that are confidential pursuant to the Mediation Confidentiality Agreement and the Mediation Process Agreement.

WHEREFORE, the Parties pray the Court permit leave to file their Joint Status Report In Lieu of Proposed Scheduling Plan under seal and such other and further relief as is just and proper in the premises.

1

Dated:  September 18, 2020

LATHROP GPM LLP

By:  /s/ William G. Beck
William G. Beck    26849MO
Allyson E. Cunningham 64802MO
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone:   (816) 292-2000
Telecopier:   (816) 292-2001
william.beck@lathropgpm.com
allyson.cunningham@lathropgpm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of September 2020, a true and accurate copy of the foregoing was served on all counsel of record via the U.S. District Court ECM/ECF system.

/s/  William G. Beck
An Attorney for Plaintiff