# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRIDGETON LANDFILL, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No.  4:18-cv-01800-SRC |
| MALLINCKRODT LLC, et al. | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Bridgeton Landfill, LLC and Defendants Mallinckrodt LLC and EverZinc USA Inc., by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.  The parties request that the Clerk of Court now close this case.

Dated:  September 30, 2020

| | |
|---|---|
| LATHROP GPM LLP | SHOOK, HARDY & BACON, L.L.P. |
| | |
| By:   /s/ William G. Beck | By:   /s/ David R. Erickson |
| William G. Beck      26849MO | David R. Erickson  41917MO |
| Allyson E. Cunningham  64802MO | 2555 Grand Boulevard |
| 2345 Grand Boulevard, Suite 2200 | Kansas City, Missouri  64108 |
| Kansas City, Missouri  64108-2618 | Telephone:    (816) 474-6550 |
| Telephone:    (816) 292-2000 | Telecopier:    (816) 421-5547 |
| Telecopier:    (816) 292-2001 | derickson@shb.com |
| william.beck@lathropgpm.com | Attorney for Mallinckrodt LLC |
| allyson.cunningham@lathropgpm.com | |
| Attorneys for Plaintiff | |

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Richard E. Greenberg
Richard E. Greenberg     37916MO
Kathleen M. Howard       71007MO
10 S. Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone:    (314) 345-2687
Telecopier:   (314) 345-4792
reg@greensfelder.com
khoward@greesnfelder.com
Attorneys for EverZinc USA Inc.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of September 2020, a true and accurate copy of the foregoing was served on all counsel of record via the U.S. District Court ECM/ECF system.

/s/  William G. Beck
An Attorney for Plaintiff